FOX FILM CORPORATION v. A. B. MULLER.[1]

April 9, 1935.

No. 30,485.

*Shearer, Byard & Trogner,* for appellant.
*Samuel P. Halpern,* for respondent.

PER CURIAM.
Appeal from a judgment.

The case was here before and our opinion filed June 29, 1934. 192 Minn. 212, 255 N. W. 845. For the reasons given in the previous opinion and upon authority of that opinion, the judgment appealed from is affirmed.

[1]Reported in 260 N. W. 320.
[2]Reported in 260 N. W. 353.